1  Debra L. Spinelli, Esq., Bar No. 9695
   DLS@pisanellibice.com
2  Dustun H. Holmes, Esq., Bar No. 12776
   DHH@pisanellibice.com
3  PISANELLI BICE PLLC
   400 South 7th Street, Suite 300
4  Las Vegas, Nevada 89101
   Telephone:  702.214.2100
5
   Paul D. Collier, Esq. (*pro hac vice* forthcoming)
6  Paul.collier@kirkland.com
   R. Allan Pixton, Esq. (*pro hac vice* forthcoming)
7  Allan.pixton@kirkland.com
   KIRKLAND & ELLIS LLP
8  300 North LaSalle
   Chicago, Illinois 60654
9  Telephone:    312.862.2000

10 *Attorneys for Defendant Polaris Inc.*
   *Polaris Sales, Inc., and Polaris Industries, Inc.*
11

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| CY MITCHELL, individually on behalf of himself and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>POLARIS INDUSTRIES INC., a Delaware corporation; POLARIS SALES, INC., a Minnesota corporation; POLARIS INDUSTRIES, INC., a Minnesota corporation; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No.:    2:22-cv-00467-GMN-EJY<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO THE COMPLAINT**<br><br>**(FIRST REQUEST)** |
|---|---|

Defendants Polaris Industries, Inc., Polaris Sales, Inc. and Polaris Industries, Inc. (collectively, "Polaris") and Plaintiff Cy Mitchell, by and through their undersigned counsel, hereby stipulate, pursuant to LR IA 6-1 and 6-2, to extend the deadline for Polaris to respond to the Complaint (ECF No. 1) by twenty-one (21) days, or up to and until April 28, 2022.  Absent the extension, the deadline for Polaris to answer or otherwise respond to the Complaint is April 7, 2022.

The parties believe the litigation of this matter is best served by extending the response deadline by 21 days so that Polaris, now with counsel retained, has sufficient time to respond to the allegations in the Complaint.

1

1   This is the first stipulation for an extension of time for Polaris to respond to the
2   Complaint. This stipulation is made in good faith, and not intended to cause delay, and not filed
3   for an improper purpose.
4   DATED this 7th day of April 2022.

| PISANELLI BICE PLLC | LEAH MARTIN LAW |
|---|---|
| By: /s/ Debra L. Spinelli<br>Debra L. Spinelli, Esq., Bar No. 9695<br>Dustun H. Holmes, Esq., Bar No. 12776<br>400 South 7th Street, Suite 300<br>Las Vegas, Nevada 89101<br><br>Paul D. Collier, Esq.<br>(*pro hac vice* forthcoming)<br>R. Allan Pixton, Esq.<br>(*pro hac vice* forthcoming)<br>KIRKLAND & ELLIS LLP<br>300 North LaSalle<br>Chicago, Illinois 60654<br><br>*Attorneys for Defendant Polaris Inc.*<br>*Polaris Sales, Inc., and*<br>*Polaris Industries, Inc.* | By: /s/ Leah Martin<br>Leah Martin<br>601 S. Rancho Dr., Suite C-26<br>Las Vegas, NV  89106<br><br>Lawrence W. Freiman<br>FREIMAN LEGAL<br>100 Wilshire Blvd., Suite 700<br>Santa Monica, CA  90401<br><br>John P. Kristensen<br>CARPENTER & ZUCKERMAN<br>8827 W. Olympic Blvd.<br>Beverly Hills, CA  90211<br><br>Todd M. Friedman<br>LAW OFFICES OF<br>TODD M. FRIEDMAN, P.C.<br>21550 Oxnard Street, Suite 780<br>Woodland Hills, CA  91367<br><br>*Attorneys for Plaintiff and all others*<br>*similarly situated* |

## ORDER

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED, based on the parties' stipulation above, Polaris shall file its response to the Complaint on or before April 28, 2022.

IT IS SO ORDERED.

U.S. Magistrate Judge
Elayna J. Youchah

DATED: April 7th, 2022