**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| CY MITCHELL, individually on behalf of himself and all others similarly situated, | CASE NO. 2:22-cv-00467-ART-EJY |
| Plaintiff, | **ORDER APPROVING** |
| v. | **STIPULATION OF DISMISSAL WITH PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)** |
| POLARIS INDUSTRIES INC., a Delaware corporation; POLARIS SALES INC., a Minnesota corporation; POLARIS INC. (f/k/a POLARIS INDUSTRIES INC.), a Minnesota corporation; and DOES 1 through 10, inclusive, | |
| Defendants. | |

Plaintiff Cy Mitchell ("Plaintiff") and Defendants Polaris Industries Inc., Polaris Sales Inc., and Polaris Inc. (f/k/a Polaris Industries Inc.) (collectively "Polaris") hereby stipulate as follows pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii):

WHEREAS, Plaintiff's claims allege that plaintiff purchased a Polaris RZR model vehicle with a label on the vehicle's rollover protective structure ("ROPS") stating that the ROPS meets OSHA requirements of 29 C.F.R. § 1928.53;

WHEREAS, Plaintiff's claims relate to his purchase of a 2019 Polaris RZR Turbo S, which did not have a label stating that the vehicle's ROPS meets OSHA requirements of 29 C.F.R. § 1928.53; and

WHEREAS, Plaintiff wishes to voluntarily dismiss his claims in exchange for a waiver of costs relating to those claims from Polaris;

NOW THEREFORE, IT IS HEREBY STIPULATED by and between the parties, through their respective counsel of record, that Plaintiff's claims against Polaris are hereby voluntarily dismissed with prejudice, with each side to bear its own costs.

DATED: October 14, 2022

/s/ R. Allan Pixton (with permission)
James J. Pisanelli, Esq., Bar No. 4027
Debra L. Spinelli, Esq., Bar No. 9695
400 South 7th Street, Suite 300
Las Vegas, Nevada  89101

Paul Collier (*pro hac vice*)
R. Allan Pixton (*pro hac vice*)
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, IL 60654
paul.collier@kirkland.com
allan.pixton@kirkland.com
Telephone:  +1 312 862 2000
Facsimile:  +1 312 862 2200

*Attorneys for Defendants Polaris Industries Inc., Polaris Sales Inc., and Polaris Inc. (f/k/a Polaris Industries Inc.)*

DATED: October 14, 2022

*/s/ John P. Kristensen*
John P. Kristensen (*Pro Hac Vice*)
CARPENTER & ZUCKERMAN
8827 W. Olympic Boulevard
Beverly Hills, California 90211
Telephone: (310) 273-1230
Email: kristensen@cz.law

*Attorney for Plaintiffs*

## **ORDER**

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED, based on the parties' stipulation above, that plaintiff's claims against Polaris are hereby voluntarily dismissed with prejudice, with each side to bear its own costs.

IT IS SO ORDERED:

_____
Anne R. Traum, UNITED STATES DISTRICT JUDGE

DATED:              October 17, 2022
CASE NO.    2:22-cv-00457-ART-EJY